FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **DANIEL GUGGENHEIM; SUSAN GUGGENHEIM; MAUREEN H. PIERCE,** | No. 06-56306 |
| Plaintiffs - Appellants, | D.C. No. CV-02-02478-FMC |
| v. | **ORDER** |
| **CITY OF GOLETA, a municipal corporation,** | |
| Defendant - Appellee. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.